In the Interest of S.P. & A.P., Juvenile Officer, Respondent,

v.

R.P., Appellant,

M.C., Defendant,

John Doe, Defendant.

Nos. WD 63774, WD 63775.

Missouri Court of Appeals, Western District.

Oct. 5, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 23, 2004.

Application for Transfer Denied Jan. 25, 2005.

Laura Higgins Tyler, Kansas City, MO, Appellant.

Melissa Stanosheck, Kansas City, MO, Respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Appellant R.P. (Mother) appeals the juvenile court's judgment terminating her parental rights to her children S.P. and A.P. Mother claims that the court abused its discretion in finding that termination was in the children's best interests.

Having carefully considered the contentions on appeal, we find no grounds for

reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).